EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Sandra I. Suárez Hernández | 2006 TSPR 58 <br><br> 167 DPR _____ |

Número del Caso: TS-10808


Fecha: 12 de abril de 2006


Colegio de Abogados de Puerto Rico:

                Lcdo. José M. Montalvo Trías
                Director Ejecutivo

Abogado del Peticionario:

                Por Derecho Propio


Procurador General de Puerto Rico:

                Lcda. Minnie H. Rodríguez López
                Procuradora General Auxiliar


Oficina de Inspección de Notarías:

                Lcda. Marla D. Ríos Díaz
                Directora Auxiliar


Materia: Readmisión al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Sandra I. Suárez Hernández                TS-10808

RESOLUCION

San Juan, Puerto Rico, a 12 de abril de 2006.

Examinadas la "Moción Solicitando Readmisión a la Práctica de la Profesión de la Abogacía y la Notaría en Puerto Rico" presentada en este caso por Sandra I. Suárez Hernández y las mociones en cumplimiento de orden presentadas por el Procurador General de Puerto Rico, el Colegio de Abogados de Puerto Rico y la Oficina de Inspección de Notarías; y en vista de que las referidas entidades no han presentado objeción alguna a dicha solicitud, con lugar como se pide.

Se autoriza la readmisión a la práctica de la profesión de la Abogacía y la Notaría de Sandra I. Suárez Hernández.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo